IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 06-31154 |
| MOREHEAD, SANDRA, | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| CBCS<br>P.O. Box 1510<br>Marion, IN 46952 | $466.31 |

Dated: June 28, 2010

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jsh@jonesobenchain.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of June 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Randi H. Zimmerman-Irgang | United States Trustee |
| zimmerman.randi@verizon.net | ustpregion10.so.ecf@usdoj.gov |

                                                         /s/ Jacqueline Sells Homann
                                                         Jacqueline Sells Homann